# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JON C. SPRAUVE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|       v. | )     1:24CV965 |
| | ) |
| UNKNOW OFFICIALS AT | ) |
| DURHAM COUNTY DETENTION | ) |
| CENTER, | ) |
| | ) |
|       Defendant. | ) |

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on November 20, 2024, was served on the parties in this action. (ECF Nos. 3, 4). On December 9, 2024, Plaintiff filed Objections to the Magistrate Judge's Recommendation, entitled "Respectfully Appeal the Recommendation." (ECF No. 5). On February 19, 2025, Plaintiff filed additional Objections to the Magistrate Judge's Recommendation. (ECF No. 7).

The Court has reviewed Plaintiff's Objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action be filed and **DISMISSED** *sua sponte* without prejudice to Plaintiff filing a new complaint on the proper § 1983 forms, accompanied by the applicable $405.00 filing fee.

A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 19th day of February 2025.

                                                   /s/ Loretta C. Biggs
                                                   United States District Judge